# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 18, 2022

### NO. 03-22-00227-CR

**Steven Duane Williams, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Steven Duane Williams has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Williams to withdraw his notice of appeal, and dismisses the appeal. Because Williams is indigent and unable to pay costs, no adjudication of costs is made.